# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Jerri Martinez-Tejeda<br>*Defendant(s)* | )<br>)    Case No. 15-mj-4238-DHH (1)<br>)<br>)<br>)    Linson<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2014-July 12, 2015__ in the county of __Essex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

_____
Complainant's signature

Garth J. Hamelin, S.A.
Printed name and title

Sworn to before me and signed in my presence.

Date: July 13, 2015

City and state: Worcester, MA

_____
Judge signature

DAVID H. HENNESSY, U.S. Magistrate Judge
Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Yoelly Carmenatty<br>*Defendant(s)* | Case No. 15-mj-4238-DHH (2)<br><br>O'Hara |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 1, 2014-July 12, 2015  in the county of  Essex  in the  _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

*Judge's signature*

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*

City and state:  Worcester, MA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Saul Torres<br>*Defendant(s)* | )<br>)<br>) Case No. 15-mj- 4238-DHH (3)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 12, 2015__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |
| ~~18 U.S.C. sec. 2~~ | ~~Aiding and Abetting~~ |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

City and state: Worcester, MA

*Judge's signature*

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Gilberto Alicea<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 15-mj-4238-DHH (4)<br><br>Narkunas |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2015__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |
| ~~18 U.S.C. sec. 2~~ | ~~Aiding and Abetting~~ |

This criminal complaint is based on these facts:

see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

*Judge's signature*

City and state: Worcester, MA

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-mj-4238-DHH(5) |
| | ) | |
| Michael Bate | ) | Syrie Fried |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _July 12, 2015_ in the county of _Essex_ in the _____ District of _Massachusetts_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |
| ~~18 U.S.C. sec. 2~~ | ~~Aiding and Abetting~~ |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

*Judge's signature*

City and state: Worcester, MA

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Lily Solis<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-mj-4238-DHH (6)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 1, 2015-June 4, 2015__ in the county of __Essex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |
| ~~18 U.S.C. sec. 2~~ | ~~Aiding and Abetting~~ |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

City and state: Worcester, MA

_____
*Judge's signature*

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Joel Rougeau<br><br>*Defendant(s)* | )<br>)<br>) Case No. 15-mj-4238-DHH(7)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 1, 2015-June 4, 2015   in the county of   Essex   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 846 | Conspiracy to Distribute Heroin |
| ~~21 U.S.C. sec. 841~~ | ~~Possession with Intent to Distribute Heroin~~ |

This criminal complaint is based on these facts:
see attached affidavit of S.A. Garth Hamelin

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Garth J. Hamelin, S.A.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 13, 2015

City and state:   Worcester, MA

DAVID H. HENNESSY, U.S. Magistrate Judge
*Printed name and title*