## AFFIDAVIT OF SPECIAL AGENT GARTH HAMELIN

I, Garth Hamelin, being duly sworn, depose and state as follows:

## INTRODUCTION

1.     I am a Special Agent of the United States Drug Enforcement Administration ("DEA") and have been so employed since 2002.  I am currently assigned to the DEA's New England Field Division, where I have been since September 2007.  I was previously assigned to the Dallas Field Division, Oklahoma City District Office, where I primarily investigated organized narcotics traffickers.  Over the course of my career as a DEA Special Agent, I have participated in numerous narcotics investigations, including at least five federal wiretap investigations of narcotics-trafficking organizations involved in domestic and international importation and distribution of kilogram amounts of cocaine, heroin, and methamphetamine.

2.     Before joining the DEA, I served as a police officer with the Manchester, New Hampshire Police Department and the Los Angeles Police Department.  I have a Bachelor's of Science Degree in Criminal Justice from Northeastern University.

3.     During the course of my employment with the DEA, I have received specialized training regarding the activities of narcotics traffickers, including the methods used to package, store, and distribute narcotics, and the methods used by narcotics traffickers to conceal and launder the proceeds of their narcotics-trafficking activities.  Over the course of my career in law enforcement, I have debriefed numerous defendants, informants, and witnesses with personal knowledge about narcotics-trafficking and the operation of narcotics-trafficking organizations.   I have personally participated in all aspects of narcotics-trafficking investigations, including conducting surveillance, using confidential informants, acting in an undercover capacity, and conducting court-authorized interceptions of wire communications.

4.     Based on my training and experience, I am familiar with methods of operation used by narcotics traffickers, including the methods they use to distribute, store, and transport narcotics, and to collect, expend, account for, transport, and launder drug proceeds. Specifically, I am familiar with the manner in which narcotics traffickers use vehicles, common carriers, mail and private delivery services, and a variety of other means to transport and distribute narcotics and the proceeds of narcotics trafficking.  I am familiar with the manner in which drug traffickers often store drugs and drug proceeds in storage sites commonly referred to as "stash houses."  I also am familiar with the manner in which drug traffickers use telephones, coded or slang-filled telephone conversations, text messages, pager messages, and other means to facilitate their illegal activities.  In addition, I have had training regarding the Immigration and Nationality laws of the United States and have consulted with a Special Agent of the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) concerning the immigration aspects of this investigation.

## <u>PURPOSE OF THIS AFFIDAVIT</u>

5.     I am submitting this Affidavit in support of an application for a criminal complaint charging the following defendants with conspiracy to possess with intent to distribute and distribution of heroin, in violation of 21 U.S.C. §§ 846 & 841(a)(1):

| defendant | key paragraphs of affidavit[1] |
|---|---|
| **Jerri MARTINEZ-TEJEDA**, a/k/a Ricky, a/k/a Jose Ramon Saez-Serrano, a/k/a Manual Gonzalez-Osario, a/k/a Roberto Amezquita, a/k/a Juan Rivera-Santiago, a/k/a Roberto Rodriguez, a/k/a Jose Rojas, a/k/a Juan Santiago, | 10, 21, 29-33, 36-41 43-57 |

[1] The identification of particular paragraphs here is intended as a convenience for the Court rather than as an indication that other paragraphs are not also relevant to the determination of probable cause.

| | |
|---|---|
| a/k/a Juan Santiago-Rivera | |
| **Yoelly CARMENATTY**, a/k/a "Joely"; | 11, 34 & 35, 45, 46, 48, 50, 55-56 |
| **Joel Jahamal ROUGEAU**, a/k/a "Pantera" or "Panther" | 12, 36-43 |
| **Lily Y. SOLIS**, a/k/a "Pocahontas" | 13, 36-42 |
| **Michael Bate** | 57-62 |
| **Gilberto Alicea** | 57-62 |
| **Saul Torres** | 57-62 |

6.     I am familiar with the facts and circumstances of the investigation described herein based on, among other things, my personal participation in this investigation since approximately July, 2014; interviews with and analysis of reports submitted by other law enforcement personnel participating in this investigation; reviews of public records; physical surveillance; information obtained from confidential sources, information obtained from a GPS tracking device, telephone toll records, and intercepted wire and electronic communications, and other sources.

7.     Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included details of every aspect of the investigation.

### THE DRUG INVESTIGATION OF MARTINEZ-TEJEDA

8.     In March 2014, DEA agents in Boston initiated an investigation into a drug-trafficking organization operating in the District of Massachusetts led by Juan Gonzalez-Arias a/k/a Eduardo RAMIREZ, a/k/a "Crauli," a/k/a "Crawley Gonzalez."  The investigation thus far has included the use of confidential sources, physical surveillance, the use of an undercover agent, controlled purchases of heroin, analysis of telephone toll records, precision location information of cellphones and cell site information, the use of Global Positioning Systems

tracking devices, and the content of wire and electronic communications intercepted pursuant to orders of authorization issued by Chief Judge Patti B. Saris on January 23, 2015, February 24, 2015, March 25, 2015, April 23, 2015, May 22, 2015 and by Judge Douglas P. Woodlock on June 25, 2015.

9.     Starting on May 9, 2015 agents intercepted a series of calls between RAMIREZ and MARTINEZ-TEJEDA over RAMIREZ's telephone (Target Telephone 2) regarding RAMIREZ's sale of a Chevy Malibu with an aftermarket hidden compartment to MARTINEZ-TEJEDA.  On May 22, 2015, Chief Judge Patti B. Saris issued an order of authorization for the interception of MARTINEZ-TEJEDA's telephone (Target Telephone 3).  On June 25, 2015, Judge Douglas P. Woodlock issued an order of authorization for the interception of another MARTINEZ-TEJEDA telephone (Target Telephone 4).  Numerous calls discussing drug deals have been intercepted on Target Telephones 3 & 4 since that date, including calls discussing the purchase of twenty kilograms of narcotics by RAMIREZ, MARTINEZ-TEJEDA and a third associate.

## DETAILS OF THE INVESTIGATION

10.   **Jerri MARTINEZ-TEJEDA**.

a.   Based on the investigation, Jerri MARTINEZ-TEJEDA, a/k/a "Ricky," a/k/a "La Diabla," a/k/a Juan Rivera- Santiago, a/k/a Manuel Jesus Gonzalez-Osorio, a/k/a Jose Luis Diaz-Torres, a/k/a Roberto G. Amezquita, a/k/a Jose Rojas, a/k/a Jose Ramon Saez-Serrano (DOB ████ 1984) obtains multi-kilograms of cocaine, fentanyl and/or heroin from drug traffickers based in Mexico, California, and elsewhere, and arranges for the transportation of the narcotics to Massachusetts and other locations in the United States.

b.   Based on the investigation, I believe that in late-May/early-June 2015, MARTINEZ-TEJEDA hired Joel ROUGEAU and Lily SOLIS to pick up nine kilograms of heroin in California for transport to the Northeast.   In addition, I believe that MARTINEZ-TEJEDA is collaborating with another drug associate, Eduardo RAMIREZ, to bring drugs to Massachusetts for further distribution in Massachusetts.

c.   MARTINEZ-TEJEDA has a criminal history under the alias Juan Rivera-Santiago, including Massachusetts convictions in 2006 for operating a vehicle after suspension and carrying a dangerous weapon.   In addition, there is an active Massachusetts arrest warrant under the alias Rivera-Santiago for operating a vehicle after suspension and leaving the scene of property damage.

d.   MARTINEZ-TEJEDA, a native of the Dominican Republic, previously was deported on four occasions from the United States.   A review of alien registration file ▇▇▇▇▇▇ shows that MARTINEZ-TEJEDA's most recent Warrant of Removal/Deportation, Form I-205, which bears MARTINEZ-TEJEDA's fingerprint and a photograph, was executed on December 13, 2011, when MARTINEZ-TEJEDA was removed from Alexandria, Louisiana, to the Dominican Republic. There is no record in the A-file or DHS/ICE computer systems indicating MARTINEZ-TEJEDA had applied for or received permission of the Secretary of Homeland Security to reenter the United States since the time of his deportation.

e.   Based on the investigation, MARTINEZ-TEJEDA resides at 6 Pere Marquette Street, Lawrence, Massachusetts.   During the investigation, DEA agents have conducted surveillance at MARTINEZ-TEJEDA's residence and observed several surveillance cameras attached to the exterior of his residence.   Agents believe that these cameras are

part of MARTINEZ-TEJEDA's private security system, and the cameras have limited the ability of agents to conduct physical surveillance at his residence.  Records obtained from National Grid, the utility service provider for 6 Pere Marquette Street, Lawrence, Massachusetts, reflect that "Jose Saez Serrano" is the current subscriber to electric service at that address, and has been since February 26, 2015.  Based on the investigation, I believe that the name Jose Saez Serrano is used by MARTINEZ-TEJEDA.  Based upon the investigation, I believe that MARTINEZ-TEJEDA has used his residence in furtherance of his drug trafficking activities.

11.     **Yoelly CARMENATTY**.  Based on the investigation, I believe that Yoelly CARMENATTY, a/k/a "Joely," (DOB ▇▇▇▇1988) is MARTINEZ-TEJEDA's wife.  I also believe that CARMENATTY is involved in money laundering for MARTINEZ-TEJEDA and is a partner in MARTINEZ-TEJEDA's drug business.   Numerous intercepted calls include references to, and statements by, a female identified as "Joely," who is believed to be CARMENATTY.  CARMENATTY has no known criminal history.  During the investigation, agents observed a white BMW 750i bearing Massachusetts license plate 525XT1 (hereafter, the "white BMW") parked in the driveway at 6 Pere Marquette Street on multiple occasions.  According to Massachusetts Registry of Motor Vehicles records, license plate 525XT1 is registered to a white 2012 BMW 750i owned by Yoelly Carmenatty of 71 Woodman Street, Apartment #2, Lynn, Massachusetts.

12.     **Joel Jahamal ROUGEAU**.  Based on the investigation, Joel Jahamal ROUGEAU, a/k/a "Pantera" (Spanish/English translation: "Panther") (DOB ▇▇▇▇1974) was hired by MARTINEZ-TEJEDA to transport narcotics from California to the Northeast.  ROUGEAU drove a vehicle that contained approximately nine kilograms of heroin that was

stopped near Vinita, Oklahoma, by Oklahoma law enforcement.   ROUGEAU has a 1993 conviction for aggravated robbery with a deadly weapon out of Texas.

13.      **Lily Y. SOLIS**.   Based on the investigation, Lily Y. Solis, a/k/a "Pocahontas" (DOB███████1987) is ROUGEAU's partner and served as a translator for ROUGEAU to allow him to communicate with MARTINEZ-TEJEDA, who hired him to transport drugs from California to the Northeast.   The intercepted conversations involving SOLIS contain her discussion of the arrangements for the pick-up of drugs and the amount of the transportation fee to be paid to ROUGEAU.  SOLIS was a passenger in a vehicle containing multiple kilograms of heroin that was stopped by Oklahoma law enforcement near Vinita, Oklahoma.   SOLIS subsequently was placed under arrest and is presently in state custody in Oklahoma.  SOLIS has no known criminal history.

14.      **Michael Bate**.  Based on intercepted telephone calls on MARTINEZ-TEJEDA's telephone, I believe BATE was hired to transport money to MARTINEZ-TEJEDA's source of supply.  He was found in MARTINEZ-TEJEDA's home when the search warrant was executed and large amounts of cash were counted and packaged or being processed.

15.      **Saul Torres.**   Based on intercepted telephone calls, MARTINEZ-TEJEDA asked TORRES to come to his home and assist in the counting and packaging of cash to be transported by BATE.   He was also found in MARTINEZ-TEJEDA's home when the search warrant was executed and large amounts of cash were counted and packaged or being processed.

16.      **Gilberto Alicea.**   Based on intercepted telephone calls, MARTINEZ-TEJEDA asked ~~TORRES~~ Alicea to come to his home and assist in the counting and packaging of cash to be transported by BATE.   He was also found in MARTINEZ-TEJEDA's home when the search warrant was executed and large amounts of cash were counted and packaged or being processed.

*Interception of Wire and Electronic Communications*

17.     On January 23, 2015, the Honorable Patti B. Saris, United States Chief District Court Judge, District of Massachusetts, signed an Order authorizing the interception of wire communications over a telephone used by Eduardo RAMIREZ (Target Telephone 1), and the interception of electronic communications over a second RAMIREZ telephone (Target Telephone 2).

18.     On February 24, 2015, the Honorable Patti B. Saris, United States Chief District Court Judge, District of Massachusetts, signed an Order authorizing continued interception of wire communications over Target Telephone 1 and the continued interception of electronic communications over Target Telephone 2, and the initial interception of wire communications over Target Telephone 2.

19.     The authorization for the interception of Target Telephone 2 was renewed on March 25, 2015, April 23, 2015, May 22, 2015 and June 25, 2015.  The interception of Target Telephone 2 is presently ongoing.

20.     Since interceptions of the RAMIREZ's telephones began, hundreds of drug-related calls have been intercepted.  In these calls, RAMIREZ has discussed obtaining multi-kilograms of heroin from his domestic and foreign sources of supply.  RAMIREZ re-distributes the heroin to his large network of customers.  Since May 9, 2015, those interceptions have included calls and text messages from and to MARTINEZ-TEJEDA regarding heroin trafficking.

21.     On May 22, 2015, the Honorable U.S. District Court Judge Patti B. Saris signed an order authorizing the interception of wire and electronic communications occurring over the telephone used by MARTINEZ-TEJEDA (Target Telephone 3).   Interception of Target

Telephone 3 began on May 26, 2015 and terminated upon the order's expiration at midnight on June 20, 2015.

22.     On June 25, 2015, the Honorable U.S. District Court Judge Douglas P. Woodlock signed an order authorizing the interception of wire and electronic communications occurring over a new telephone used by MARTINEZ-TEJEDA (Target Telephone 4).   Interception of Target Telephone 4 began on June 29, 2015 and is presently ongoing.

23.     Because the communications intercepted over Target Telephones 1, 2, 3, and 4 are in Spanish, draft translations/transcripts have been prepared of most of these communications, some of which are described in detail below.

### Identification of Jerri MARTINEZ-TEJEDA, a/k/a "Ricky," a/k/a Saez-Serano

24.     On March 17, 2015, DEA agents conducted surveillance at 6 Pere Marquette Street.  At the time, agents observed a black Infiniti FX35 (hereafter, the "black Infinity") with Massachusetts license plate 823YB8 parked at that location.  Later that day, agents observed the black Infinity driven by a lone Hispanic male leave that location.  Agents followed the vehicle.  In Lawrence, a uniformed Lawrence Police Officer stopped the black Infinity as it turned onto Merrimack Street after he observed it commit a motor vehicle infraction.  During the stop, the driver of the black Infinity identified himself as Jose Ramon Saez-Serrano, and provided a Pennsylvania identity card in the name of Jose Ramon Saez-Serrano of ██████ ████████████████ Hazleton, Pennsylvania.  Because the Pennsylvania identity card is not a driver's license, Saez-Serrano (subsequently identified as MARTINEZ-TEJEDA) was not allowed to drive the vehicle away.  He requested that his wife be allowed to pick up the vehicle.  A short while later, Yoelly CARMENATTY arrived in a taxi, presented a valid Massachusetts driver's license in her name and drove away in the black Infinity with

MARTINEZ-TEJEDA. The police officer involved in the stop later identified a photograph of Yoelly CARMENATTY as the female who arrived in the taxi and drove the black Infinity away with MARTINEZ-TEJEDA.

25.   On March 20, 2015, Drug Enforcement Administration (DEA) Task Force Officer (TFO) Robert LeFebre contacted Special Agent Sean Rafferty of the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) to assist in identifying a person using a Pennsylvania identification card in the identity of Jose Ramon Saez-Serrano with a date of birth of ███████ 1987.

26.   On April 22, 2015, S/A Rafferty obtained a copy of the photograph from the Pennsylvania identification card in the identity of Jose Ramon Saez-Serrano. S/A Rafferty sent a copy of the Pennsylvania identification card photograph to the Massachusetts State Police Compliance Unit Trooper Timothy Harris to run through the Massachusetts Registry of Motor Vehicles facial recognition database. On April 23, 2015, Trooper Harris advised S/A Rafferty that the person using the identity Saez-Serrano had also obtained other driver's licenses in Massachusetts and had outstanding arrest warrants in Massachusetts.[2]

27.   On April 23, 2015, S/A Rafferty queried the Massachusetts criminal history database for records for all of the identities linked to the Saez-Serrano driver's license. S/A Rafferty determined there were Massachusetts criminal history record entries associated with the Roberto Amezquita, Juan Rivera-Santiago, and Roberto Rodriguez identities. S/A Rafferty determined that those identities had all been used by the same person who was issued FBI# ███████ This person had also used the names Jose Rojas and Jerri Luis MARTINEZ-TEJEDA on prior arrests. S/A Rafferty checked the photographs from the driver's licenses

_____

[2] The associated identities include Jose Manual Gonzalez-Osario, Roberto Amezquita, Juan Rivera-Santiago, and Roberto Rodriguez.

noted above and the photograph associated with the Massachusetts Criminal History linked to FBI# ▮▮▮▮▮▮ and determined that they were all the same individual.  Working from the FBI number ▮▮▮▮▮▮▮▮ S/A Rafferty determined that Jerri MARTINEZ-TEJEDA, date of birth ▮▮▮▮▮ 1984, with a place of birth of Bani, Dominican Republic, FBI# ▮▮▮▮▮▮▮▮▮ had been deported from the United States to the Dominican Republic on four occasions, based on Department of Homeland Security (DHS) records.  S/A Rafferty reviewed the arrest booking photographs in the U.S. Immigration and Customs Enforcement database for MARTINEZ-TEJEDA and compared those photographs with the Massachusetts driver's license photographs and the Pennsylvania identification card photograph noted above, and determined all were of the same person who was previously deported/removed under the identity of Jerri MARTINEZ-TEJEDA.

28.  On June 7, 2015, a series of conversations were intercepted over Target Telephone 3 between "Ricky" and an unknown male in which "Ricky" stated he was going to be leaving his residence soon to run errands and pick up money.  In response to those intercepted conversations, surveillance was established at 6 Pere Marquette Street, Lawrence, Massachusetts.  At approximately 7:05 p.m., surveillance agents observed a white Toyota RAV4 parked in the driveway.  A short time later, surveillance agents observed the RAV4 leave and drive in the direction of the surveillance units.  Agents in the surveillance car recognized the individual who had previously identified himself as Saez-Serrano (during the previously-discussed traffic stop) sitting in the front passenger seat of the vehicle, and could see that he was talking on a cell phone.  As the RAV4 drove past the surveillance car, Saez-Serrano locked eyes with the surveillance agents.  At the same time, "Ricky" was intercepted over Target Telephone 3 stating to someone near him (not to the person he was talking to on

the phone) "those are cops."   Based upon those observations, I believe the individual

identifying as "Ricky" and using Target Telephones 3 & 4 is MARTINEZ-TEJEDA.

*Intercepted Electronic and Wire Communications Evidence of*
*MARTINEZ-TEJEDA's Involvement in Drug Trafficking*

29.   During the wiretap phase of the investigation, hundreds of drug-related calls have

been intercepted.   In the calls, MARTINEZ-TEJEDA has used Target Telephones 3 and 4 to

discuss obtaining multi-kilograms of cocaine, fentanyl and/or heroin from drug sources of

supply based in Mexico, California, and elsewhere, and having them transported to

Massachusetts and other locations in the United States.   One of the individuals MARTINEZ-

TEJEDA frequently discusses obtaining cocaine, fentanyl and heroin from is GERMAN LNU

(hereinafter "GERMAN").   Based on numerous intercepted calls between MARTINEZ-

TEJEDA and GERMAN, GERMAN is a heroin, fentanyl and cocaine supplier based in

Mexico.   Since interception of Target Telephone 3 began, numerous calls between

MARTINEZ-TEJEDA and GERMAN have been intercepted in which MARTINEZ-TEJEDA

has discussed purchasing multi-kilogram amounts of cocaine and heroin from GERMAN and

his associates in California and elsewhere.

30.   For example, on May 30 and 31, 2015, a series of calls and text messages were

intercepted over Target Telephone 3.   During the calls and messages, MARTINEZ-TEJEDA

communicated with GERMAN and an unidentified male who identified himself only as

"Compadre."   On May 30, 2015, in a series of text messages with GERMAN, MARTINEZ-

TEJEDA and GERMAN discussed obtaining three kilograms of heroin located near the Boston

area.   GERMAN wrote, "You have to send someone to Boston for them I imagine it's close to

you right."   Compadre then sent MARTINEZ-TEJEDA an address in Woburn, MA. (the

location from which MARTINEZ-TEJADA could obtain the heroin).   Several more messages

from GERMAN and Compadre were intercepted over Target Telephone 3 on May 31, 2015, in which they further discussed the three kilograms of heroin. For instance, at approximately 3:32 p.m., a message from GERMAN to Target Telephone 3 was intercepted that read, "Please do that deal that it's good for everybody I'll try to get you an even better price here OK. Thanks." That message was followed by another message from GERMAN at approximately 3:33 p.m. that read, "Once you confirm for me that the product is good I'll try to get it as low as 50 here so it can be paid by piece just work with me to pick them up please," and then GERMAN texted: "I trust in you (plural) and always will... I only ask for your help and I will make sure to get Chinese food and coca to your house." Agents believe GERMAN was telling MARTINEZ-TEJEDA to retrieve the three kilograms of heroin and that GERMAN would attempt to barter a good price, as low as $50,000 per kilogram. GERMAN explained that if MARTINEZ-TEJEDA would go to Woburn to pick up the drugs, GERMAN would deliver higher grade heroin and cocaine ("Chinese food and coca") to MARTINEZ-TEJEDA in the future.

31.    Based on the above-referenced intercepted communications between and among MARTINEZ-TEJEDA, GERMAN, and Compadre, DEA Agents established surveillance in the area of 53 Mill Street in Woburn, Massachusetts, in the afternoon of May 31, 2015. That evening, agents observed the white BMW arrive in the area of 53 Mill Street. An unidentified female, possibly CARMENATTY, was driving the white BMW and a male was seated in the front passenger's seat. Shortly after arriving, an outgoing call from MARTINEZ-TEJEDA to Compadre was intercepted over TT-3. During the call, MARTINEZ-TEJEDA told Compadre that he had arrived. MARTINEZ-TEJEDA then said that his "worker was there." However, during the call, MARTINEZ-TEJEDA was heard describing the area and saying that he was in

the white "BM."  During the call, Compadre directed MARTINEZ-TEJEDA to park in the lot at #56 and that he (Compadre) was going to walk to meet MARTINEZ-TEJEDA.  A short time after the white BMW arrived in the area of 56 Mill Street, agents observed the white BMW park in the lot between 54 and 56 Mill Street next to the swimming pool.  A few minutes later, agents observed the white BMW depart.  Agents followed the white BMW to Lawrence, Massachusetts, where it was last observed driving at a very slow rate of speed on LaSalle Street in the direction of Pere Marquette Street.  Because the layout of the neighborhood makes moving surveillance difficult to accomplish without being seen, and the fact that MARTINEZ-TEJEDA utilizes surveillance cameras on the exterior of his property at 6 Pere Marquette Street, agents chose not to continue surveillance of the white BMW.  Although agents were unable to observe Compadre meet with the occupants of the white BMW, a call from GERMAN to MARTINEZ-TEJEDA was intercepted over TT-3 later that evening in which GERMAN asked MARTINEZ-TEJEDA if he had "the stuff yet," and MARTINEZ-TEJEDA replied, "Yes, I already have the food here."

32.    On June 2, 2015 at approximately 6:36 p.m., a series of calls were intercepted over Target Telephone 3.  During the calls, CARMENATTY communicated with GERMAN, who had coordinated the above-discussed three kilograms of heroin transaction in Woburn, MA.  During the first call, GERMAN stated "MoneyGram has too many agencies, and we need to know which one? Please let me know where I have to go.  CARMENATTY stated "It's says MoneyGran/Caribe Calling Center."  GERMAN related "That doesn't exist here."  CARMENETTY stated "Go to any agency that says MoneyGran, go there and call if anything".  The call then ended.  Based on the intercepted calls, I believe that CARMENATTY had sent money to GERMAN for payment to the sources of supply based in Mexico for the

narcotics received by MARTINEZ-TEJEDA, and that GERMAN had difficulty finding the appropriate location to retrieve the money.   Soon after, at approximately 7:14 p.m., GERMAN called TT3 and again spoke with CARMENATTY.  GERMAN stated "I went to a place (Agency) and the system was down, I want to ask RICKY about the 3 pieces he got yesterday; and the guy (owner) is asking me for the money; and the price was 25 for each piece; I want to know if that was good; I'm not going to charge you for that, you give me what you consider." CARMENATTY then stated "Yes, we agreed in that price; all good."  GERMAN replied "The guy will send someone to get that money 75."  CARMENATTY then stated "Call him later because he's here talking about business and call me to know what are we going to do about the 3 pieces payment."  GERMAN then stated "If I have any problem with the money wire I will let you know."  Based on intercepted calls, I believe that GERMAN wanted to clarify the price for that price for the three kilograms of heroin from Woburn, MA was $25,000 per kilogram, and CARMENATTY stated that she and MARTINEZ-TEJADA agreed with the price.  I believe that CARMENATTY was intimately involved in MARTINEZ-TEJEDA's drug trafficking activities and that CARMENATTY represented that she would coordinate with GERMAN on the payment for the heroin.

33.   On June 3, 2015, at approximately 4:46 p.m., a call from MARTINEZ-TEJEDA to an unidentified female who MARTINEZ-TEJEDA referred to as his "aunt" was intercepted over TT-3.  During the call, MARTINEZ-TEJEDA and his aunt discussed amounts of money being sent and deposited into bank accounts, and MARTINEZ-TEJEDA providing funds for others to build houses in the Dominican Republic.  Based on the conversation, it appeared that MARTINEZ-TEJEDA's aunt was in the Dominican Republic.  MARTINEZ-TEJEDA also told his aunt, "I'll build your at any given moment [sic]."  During that same call, MARTINEZ-

TEJEDA told his aunt, "Listen, go and investigate by yourself and try to buy a big safe box." MARTINEZ-TEJEDA said, "You can go with somebody you trust like Sandy to go buy it. Don't take anybody else."  MARTINEZ-TEJEDA then told his aunt, "You can dig a hole and bury it. Because I'm starting to send money over there.  I have almost 2 million dollars.  I want you to stash them. Are we good?"  MARTINEZ-TEJEDA aunt replied, "Yes."  MARTINEZ-TEJEDA then said, "I'm very scared. I don't like having all that money here."  Based on my experience, training, and the results of the investigation to date, I believe that MARTINEZ-TEJEDA was referring to his concern about having a large amount of cash ("2 million dollars"), likely the results of his drug trafficking, around his residence and was looking to send it to a family member in the Dominican Republic for safekeeping.

*June 3, 2015: MARTINEZ-TEJEDA and CARMENATTY*
*Discussed the Handling of Drug Proceeds*

34.   On June 3, 2015, at approximately 1:43 p.m., MARTINEZ-TEJEDA called CARMENATTY on phone number (513) 510-6467.  During that call, CARMENATTY told MARTINEZ-TEJEDA: "If I notice that Yoana is sending money wires, there's going to be [a] problem.  You know about your things down there to prepare; and I know to who is going to be given to and who is the one that is going to be making money.  No one is going to play me stupid.  I'm the one that knows about that!"  Based on the investigation, I believe that CARMENATTY instructed MARTINEZ-TEJEDA that she is the one who is responsible for handling drug proceeds ("You know about your things down there to prepare, and I know who is to be given to and who is the one that is going to be making money.").  I believe that CARMENATTY was upset, because MARTINEZ-TEJEDA may have asked someone else to

handle wiring funds for him ("If I notice that Yoana is sending money wires there's going to be [a] problem.").

35.   On the same day, between approximately 1:45 p.m. and 2:11 p.m., CARMENATTY and MARTINEZ-TEJEDA exchanged a series of text messages.  In these text messages, CARMENATTY stated: "I know this business" and "If you know, I know" and "I know everything." CARMENATTY stated that "the businesses are both of us" and that she is "partner and . . . wife."  CARMENATTY also instructed: "[E]ven if you do it sneaking, I'm going to notice, that's why the . . . . cash is there, to move mountains."  Based on the investigation, I believe that, in these text messages, CARMENATTY confirmed her status as an equal partner with MARTINEZ-TEJEDA in his drug trafficking business.

### May 27, 2015 – June 2, 2015: MARTINEZ-TEJEDA Arranged with ROUGEAU and SOLIS To Transport Kilograms of Narcotics

36.   In a series of phone calls starting on May 27, 2015, MARTINEZ-TEJEDA spoke to SOLIS using Target Telephone #3.  I believe that SOLIS served as a translator and partner for ROUGEAU, who MARTINEZ-TEJEDA hired to transport narcotics for him.  On May 27, 2015, at approximately 12:03 a.m., SOLIS called MARTINEZ-TEJEDA on Target Telephone #3 and told him, "Panther wants to know what is going to happen because he's been there for 4 nights and nothing has been said to him."  MARTINEZ-TEJEDA replied, "Tell Panther that the thing is that there are four and if he wants to bring them up here I will pay them at 3,000 each one, but that there's only four there."  I believe based on subsequent communications that "Panther" is the nickname for Joel ROUGEAU the driver hired by MARTINEZ-TEJEDA to transport narcotics.  I believe that MARTINEZ-TEJEDA told SOLIS to tell ROUGEAU that he had four kilograms of drugs to bring back to the northeast, and that MARTINEZ-TEJEDA would pay him $3,000 per kilogram as a transportation fee ("I will pay them at 3,000 each one,

but that there's only four there."). SOLIS replied, "It's that he was told that it was ten. That's why . . ." MARTINEZ-TEJEDA responded, "Yes, but the ten are not . . . If he waits a few days more so he can recuperate the ten." I believe that ROUGEAU thought that he was going to transport a minimum of 10 kilograms of narcotics ("It's that he was told that it was ten") and that MARTINEZ-TEJEDA told SOLIS that ROUGEAU was going to have to wait a few more days if he wanted to transport the full 10 kilograms (If he waits a few days more so he can recuperate the ten."). SOLIS was subsequently overheard conferring with a male in the background. She then told MARTINEZ-TEJEDA, "He says he's going to wait for ten." MARTINEZ-TEJEDA replied, "Alright then. Tell him to hang on there. That whatever his expenses at the hotel are I will cover that."

37. On May 29, 2015, at approximately 3:58 p.m., MARTINEZ-TEJEDA called SOLIS using Target Telephone #3. In that call SOLIS told MARTINEZ-TEJEDA, "Panther wanted to know if you were going to send him some money because he doesn't have any now." MARTINEZ-TEJEDA replied, "Did he send me the name?" SOLIS asked, "His name?" MARTINEZ-TEJEDA responded, "Of course. To send him the money." MARTINEZ-TEJEDA then asked, "How much does he need?" SOLIS was overheard conferring with ROUGEAU and responded, "He said one thousand five hundred." MARTINEZ-TEJEDA replied, "Send me the name in a message so I can deposit to him right away." At approximately 4:00 p.m., SOLIS texted MARTINEZ-TEJEDA, "Joel Rougeau." I believe that MARTINEZ-TEJEDA promised to send ROUGEAU $1,500 to cover his expenses while he was waiting to transport the promised ten kilograms of narcotics.

38. On June 1, 2015, at approximately 1:59 p.m., MARTINEZ-TEJEDA called SOLIS using Target Telephone #3. In that call SOLIS told MARTINEZ-TEJEDA, "Panther

wants to know if tomorrow everything [it] will be ready?"  MARTINEZ-TEJEDA replied,

"Yes.  I will tell to my boss to give him 10,000 tomorrow right away.  SOLIS subsequently

asked, "So tomorrow he will be ready to leave?"  MARTINEZ-TEJEDA replied, "Yes.

Tomorrow will be everything ready.  He will be given 10,000 dollars."  SOLIS can be heard

translating the message to ROUGEAU and then replied, "He says he's ready to take off

tomorrow."  MARTINEZ-TEJEDA replied, "Yes.  Tell him tomorrow he will be paid . . . for

the tardiness."  SOLIS then asked, "It's going to be 10 or 11 pieces that he's going to take?"

MARTINEZ-TEJEDA replied, "I don't know.  Maybe more than that.  He will count them

there.  Don't worry.  And ask him how much he will charge me.  Let me see.   Because I

wanted to buy 14 pieces more, but I wasn't able to do it because the money wasn't handy."  I

believe that MARTINEZ-TEJEDA told SOLIS that ROUGEAU was going to travel on June 2,

2015, to retrieve the shipment of narcotics, and that ROUGEAU would be transporting

approximately 10 kilograms of narcotics ("It's going to be 10 or 11 pieces . . . ?  I don't' know.

Maybe more than that.")

　　　　39.    On June 2, 2015, at approximately 6:12 p.m., SOLIS called MARTINEZ-

TEJEDA on Target Telephone #3.  In that call SOLIS told MARTINEZ-TEJEDA, "Pantera

told me to call you and tell you he already grabbed 10 and he got 10,000 in money".

MARTINEZ-TEJADA stated "What else".  To which SOLIS replied "That's all. He wanted to

let you know he picked that up and he got the money. MARTINEZ-TEJADA responded "Tell

him the 5,000 bucks I gave it to him as a present for his expenses, and the 10,000 and

payment".  SOLIS stated "Let me ask him; he said he (Rigo) gave him 4,000".  MARTINEZ-

TEJADA stated "Tell him I gave him 10,000 as payment for business, and when he arrives

here I will pay him 20,000 pesos, and ask him if I treats him good."  SOLIS stated "He says

yes." MARTINEZ-TEJEDA then responded "Tell him I work good with my people; with the people who works good with me; I work good with them." MARTINEZ-TEJEDA then tells SOLIS to inform ROUGEAU that the following Tuesday, MARTINEZ-TEJEDA has another shipment of narcotics that will need to be transported. MARTINEZ-TEJEDA then tells SOLIS, "Okay; so take care... are you leaving today?" SOLIS stated "Yes, he says yes; most likely tonight." MARTINEZ-TEJEDA then says "Okay then; so be very careful around. You heard". I believe based on intercepted calls that ROUGEAU and SOLIS had received the shipment of heroin and that MARTINEZ-TEJEDA was warning them to be careful.

40. On June 2, 2015, at approximately 6:19 p.m., SOLIS called MARTINEZ-TEJEDA on Target Telephone #3. In that call SOLIS told MARTINEZ-TEJEDA, "Pantera says he got another piece now, and he got 11 in total". MARTINEZ-TEJEDA stated "Let me ask; listen don't put it together with the other stuff they gave you first, put it separated, because that one might be from another person, not our boss, put something to the piece to mark it." SOLIS translated and then stated "There are 2 different pieces with different color; he says." MARTINEZ-TEJADA stated "Okay; the 10's have an H (written) on it? Send me a picture in the phone." SOLIS replied "There are 9 green ones and 2 whites ones. He says is the same as the last time." MARTINEZ-TEJEDA tells SOLIS "Send me the picture of the green one and the other one; Tell him to confirm very well the stuff, and not to get confused; and if the stuff comes from the same person". The description of the drugs ("9 green and two  white ones") matches what was subsequently recovered from ROUGEAU's pickup truck.

41. On June 2, 2015, at approximately 6:46 p.m., MARTINEZ-TEJEDA called SOLIS on Target Telephone #3. MARTINEZ-TEJEDA stated "Show me that last one they brought you to see the color." SOLIS replied "All of them were already placed it. The guy

who talks to you; the guy who gives the money to Pantera, he called me asking me to come back ... Rico or whatever his name is..."  MARTINEZ-TEJEDA replied "yes, Rigo."  SOLIS stated "He called me to come back... Pantera says it's the same stuff that he brought you the last time he went."  MARTINEZ-TEJEDA replied "How many pieces he got in total; 9 or 10?"  SOLIS stated "He says there are 10."  MARTINEZ-TEJEDA then asked "Okay, did you leave?"  SOLIS stated "yes, we already left from there."  I believe based on intercepted calls that RIGO (MARTINEZ-TEJEDA's associate), ROUGEAU and SOLIS met at an unknown location and retrieved the heroin from an unknown male.  The conversation also indicates, I believe, that this was at least the second trip to transport narcotics that ROUGEAU and possibly SOLIS have conducted for MARTINEZ-TEJEDA, "Pantera says it's the same stuff that he brought you the last time he went."

*June 4, 2015:  Oklahoma Seizure of Heroin Belonging to MARTINEZ-TEJEDA*

42.   On June 4, 2015, at approximately 2:25 p.m. EST, after numerous calls were intercepted over TT3 between and among MARTINEZ-TEJEDA, GERMAN, ROUGEAU, RIGO, SOLIS, and others, Oklahoma Highway Patrol officers working in conjunction with agents from this investigation conducted a traffic stop of a silver Dodge pickup truck in which ROUGEAU and SOLIS were driving near Vinita, Oklahoma.  ROUGEAU and SOLIS were seated inside a patrol car during a search of the pickup truck, and, as recorded by a dash camera, ROUGEAU stated:  "We gone, baby."  ROUGEAU also stated that he was going to "take it all" and instructed SOLIS that she did not know anything.  ROUGEAU then stated: "I'm sorry, baby, I love you."  After a canine alerted to the vehicle, but before any drugs were found, the Oklahoma Highway Patrol allowed ROUGEAU and SOLIS to leave the scene.  The officers later discovered a substance believed to be heroin hidden within a natural void in the

rear tailgate area of the vehicle.  Based on intercepted calls, I believe that the transportation was to involve approximately ten kilograms of heroin; based on my subsequent review of a report prepared by Oklahoma officers, the seized substance weighed approximately 24 pounds gross weight (including packaging) and was described as 8 "kilo-sized" bundles and 2 "half-kilo sized" bundles.  The substance seized in Oklahoma from ROUGEAU and SOLIS field-tested positive for heroin and was sent to the DEA's South Central Laboratory for analysis; the results of the analysis are pending.  Based on intercepted calls, I believe that ROUGEAU and SOLIS were transporting the heroin for MARTINEZ-TEJEDA from California to Massachusetts and elsewhere in the United States.

43.    On June 4, 2015, at approximately 4:14 p.m., ROUGEAU called MARTINEZ-TEJEDA on TT3 and told him, "Don't like it. Don't like it. I'm in Vinita, Oklahoma.  Listen, I was in the car.  Right? The police came behind me.  The police got the dogs. [woof, woof, woof].  I ran and my girlfriend is in the truck . . . I'm on the street and my girlfriend is at the police.  She's at the street.  I ran.  Vinita, Oklahoma.  The police got everything.  The truck.  Everything.  The police got my girlfriend. I ran."  CARMENATTY (MARTINEZ-TEJEDA's wife) then got on the phone to speak with ROUGEAU, because MARTINEZ-TEJEDA does not speak English.  ROUGEAU then repeated his explanation regarding the stop in Oklahoma.  CARMENATTY asked ROUGEAU, "Where is your girlfriend", to which ROUGEAU replied "She's with the police. At the truck."  At this point CARMENATTY stated in an apparent aside comment, presumably to MARTINEZ-TEJEDA, that "the police grabbed them".  ROUGEAU then provided a cellular telephone number for SOLIS and the name "Lily" to CARMENATTY.  CARMENATTY informed ROUGEAU that she would call SOLIS.

44.    A series of intercepted telephone calls and text messages followed, continuing

through the afternoon and into the evening of June 4, 2015. In several of the calls, MARTINEZ-TEJADA discussed the Oklahoma bust with his California connection and source of supply (RIGO), telling him "we have problems now." The associate (RIGO) asked "What happened with the car?", "Did they find the things?" To which MARTINEZ-TEJEDA stated "Yes, you know it." RIGO replied "Oh my god." MARTINEZ-TEJEDA and RIGO then continued to talk about the seizure and how they could get someone to Oklahoma to determine what had happened. MARTINEZ-TEJADA and RIGO agree that it did not make sense that the police released ROUGEAU and SOLIS after finding the drugs, and they suspected that ROUGEAU and SOLIS were faking the bust so they could steal the drugs. MARTINEZ-TEJADA makes a number of calls to arrange for someone to go to Oklahoma and "grab the girl,: i.e., kidnap SOLIS, because he thinks that SOLIS will tell them the truth of what happened. MARTINEZ-TEJEDA stated to RIGO, "Hold on. Let me tell you this. The woman... they let her go supposedly. I want you to go over there, it doesn't matter how much we spend. Just try to grab her. She's going to talk. Don't let her go. I spoke with her and told her I was going to pick her up at some place. So when you pick her up I want you to grab her and don't let her go until she talks. Is all lies." In a conversation shortly thereafter, RIGO stated "we will have to squeeze these people; to give us the things back, or see what we are going to do." RIGO soon after also stated "I'm saying, we will need a plan B dude! what they are saying is a big bullshit; they are playing us; that's a lie, they weren't caught."

45. CARMENATTY and MARTINEZ-TEJEDA then spoke several times with both ROUGEAU and SOLIS, apparently trying to find out whether ROUGEAU and SOLIS were lying to them and to try to keep them calm so they could pick them up, or at least SOLIS, for questioning.

46.   At approximately 6:06 p.m., MARTINEZ-TEJEDA placed a call to another unknown female known as Monica, who was attempting to recruit another individual to drive to Oklahoma to grab SOLIS.   MARTINEZ-TEJEDA stated "Tell the person to not say anything to her and not to let her go."   MONICA stated "He told me he was going to keep her in the car."   MARTINEZ-TEJEDA related "Tell him to take her home."   At this time during the conversation, CARMENATTY could be heard in the background stating "Tell him to act normal," which MARTINEZ-TEJEDA relayed to MONICA.   CARMENATTY could also be heard in the background stating,  "Tell the girl that they're waiting for some money so she don't get scared."   I believe that CARMENATTY was instructing MARTINEZ-TEJEDA on the best way to ensure that SOLIS did not get scared and came with them so that they could kidnap her and ask her questions.

47.   At approximately 7:18 p.m., MARTINEZ-TEJEDA called RIGO while using TT3.  In the call MARTINEZ-TEJEDA informs RIGO that all of the people he has called to go to Oklahoma to grab SOLIS are not available to go at this time.   MARTINEZ-TEJEDA suggests to RIGO, that RIGO and an associate could rent a car and drive her back to RIGO's location.   RIGO stated "Yes, that's a huge fucking problem. That black guy is trying to be a smart ass." In which MARTINEZ-TEJEDA replied "Anyway let's grab this girl and once the black guy gets there you can grab him. Get 4 or 5 guys and put a gun to his head, tie him up and make him talk. Otherwise we'll chop his head off."   RIGO stated "that's what we have to do." Near the end of this conversation MARTINEZ-TEJEDA stated that he was going to look for a flight. RIGO stated "Let's supposed they're tapping our phone so we go over there and get fucked. They want the bosses not the workers. Right? That's why we have to send somebody."

48.   At approximately 8:18 p.m., still on June 4, 2015, MARTINEZ-TEJEDA called

RIGO to update him on the current situation with SOLIS and ROUGEAU.  During the course of the conversation, in the background of the call, CARMENATTY could be heard stating "She will leave; she's going to flee."  MARTINEZ-TEJEDA says he knows SOLIS and ROUGEAU are lying: "that's a lie, that's why I want to catch the girl. She will have to give all the info." RIGO replied "Of course, if they don't want to give info... then... well you know." MARTINEZ-TEJEDA stated "Because I asked (ROUGEAU) "Under what name is that vehicle?" and he said "Under a friend's".  RIGO replied "If not, to do the plan B, fuck it. We have to talk to Licenciado (the person who was subcontracting to send someone to Oklahoma) and he can release the hounds and resolve the problem we are in." I believe based on intercepted calls that MARTINEZ-TEJEDA was upset with RIGO for not getting someone from California to Oklahoma immediately.   I also believe that RIGO and MARTINEZ-TEJEDA related that if SOLIS and ROUGEAU do not tell the truth then they were prepared to do serious bodily injury to SOLIS and ROUGEAU, "Of course, if they don't want to give info... then... well you know."

49.   At approximately 8:24 p.m., MARTINEZ-TEJADA spoke with GERMAN and another Mexican-based UM.  GERMAN put the call on speaker phone so the parties could all speak directly. MARTINEZ-TEJADA explains that he believes that SOLIS and ROUGEAU are staging the interdiction traffic stop and have stolen the heroin from MARTINEZ-TEJEDA. The UM asked "Is that girl (SOLIS) your worker? Just like I was?".  MARTINEZ-TEJEDA related "Yes, she's my worker".  MARTINEZ-TEJEDA stated "Yes. Once I get there they will have to give me my money and tell me the truth or they will know what's going to happen. They robbed me."  UM stated "In 2 hours I'll send somebody to her." GERMAN then stated "In 2 hours he'll send somebody just tell me her name so I write it down."  UM stated "Make

sure she's not Government."  In which GERMAN stated "Make sure she's not Government because we're going to send you a real thug. He's not a good person. He's a real scumbag." MARTINEZ-TEJEDA replied "I know they're lying to me."  GERMAN then asked again "So she's not Government?"  MARTINEZ-TEJADA related "Don't worry. Get your hands on her."

50.    Continuing through the evening ROUGEAU, SOLIS, MARTINEZ-TEJEDA and CARMENATTY spoke a number of additional times.   At approximately 9:11 p.m., ROUGEAU placed a three way call with an unknown female, possibly ROUGEAU's ex-wife name KATLIN, to act as a translator to CARMENATTY on TT3.   ROUGEAU stated "Baby let them know this, I moved fifty, sixty pieces, seventy pieces.  People know my name.  They know what I do this what I do for nine years, you know what I'm saying?  I start my business up in Laredo.  People know what I do let them know I don't do no bullshit, I don't play with nobodies shit.  I'm loyal as a motherfucker. I'm loyal and everybody knows that about me." Based on the investigation, I believe that ROUGEAU through translator KATLIN told CARMENATTY that he had been trafficking in narcotics for approximately nine years and had transported up to 70 kilograms of drugs ("I moved fifty, sixty pieces, seventy pieces").   I believe that ROUGEAU told CARMENATTY that he would not tell the police about them ("I'm loyal as a motherfucker.").  CARMENATTY later said to RIGO, "Shit because that woman will leave. That's a fucking problem."  RIGO then asked CARMENATTY "Why did the guy do this. This is just stupid."  In which CARMENATTY replied "Stupidities. Calculate you there, if they sell it at thirty."  RIGO answers "It's a lot of money."  CARMENATTY then says "He (ROUGEAU) says the dogs sniffed him."  RIGO replied "It's impossible. Its lies, this is not like this."   RIGO later stated "I will call him (ROUGEAU) right now." CARMENATTY answered "No, no don't call him RIGO.", "Don't call him, leave like that

until we grab the girl, forget about it, we are going to grab the girl." I believe that CARMENATTY was intimately involved in MARTINEZ-TEJEDA's drug trafficking and that CARMENATTY was instructing MARTINEZ-TEJEDA on the best way to ensure that SOLIS did not get scared and came with them so that they could kidnap her and ask her questions. SOLIS was subsequently arrested by law enforcement in order to ensure her safety and to prevent the planned kidnapping.

51. Throughout the evening of June 4, 2015, MARTINEZ-TEJEDA and CARMENATTY continued to coordinate with GERMAN and RIGO to kidnap SOLIS while at the same time talking with ROUGEAU and SOLIS regarding the incident. Several calls were made by MARTINEZ-TEJEDA and CARMENATTY to SOLIS, to have SOLIS remain at the hotel until they could have help arrive. GERMAN informed MARTINEZ-TEJEDA that the cost of kidnapping SOLIS would be $20,000. RIGO and MARTINEZ continue to speak regarding when the people would arrive to grab SOLIS. MARTINEZ-TEJEDA related that they are close. RIGO related "I think they will disappear. They won't find them. They're not as dumb to stay there. That girl knows that Mexicans don't fuck around. She knows that us Mexicans want our money or the work. Is not easy and she knows it." MARTINEZ-TEJEDA related to RIGO that SOLIS was scared. RIGO stated " She's going to be scared when they're pulling her fingernails out." Following these calls, Oklahoma law enforcement, at the direction of agents involved in this investigation, arrested SOLIS for drug trafficking and took her into custody where she presently remains and is safe. Based on intercepted calls, I believe that a family member picked up ROUGEAU from the Vinita, Oklahoma area and that he remains at large.

*June 8, 2015: MARTINEZ-TEJEDA and RAMIREZ Discussed Future Drug Transactions*

52. On June 8, 2015, starting at approximately 12:55 p.m., RAMIREZ used Target Telephone #2 to discuss future drug trafficking over a series of calls with MARTINEZ-TEJEDA, who was using Target Telephone #3.

53. On June 8, 2015, at approximately 12:55 p.m., MARTINEZ-TEJEDA called RAMIREZ. In that call MARTINEZ-TEJEDA told RAMIREZ, "I'm here in PA. Give me the number of that man." RAMIREZ replied, "[L]et me see because he's a trucker, and there's another one too, who has a truck carrier and he's in this area. He likes to go to Texas." MARTINEZ-TEJEDA responded, "That one can be used too. There's people there getting us a couple of the "arriba" stuff. We are just waiting for the yes." MARTINEZ-TEJEDA subsequently told RAMIREZ, "I don't have how to bring my stuff up. And the incident happened in Oklahoma." I believe that MARTINEZ-TEJEDA asked RAMIREZ for a contact to transport drugs for him ("Give me the number of that man."). I believe that RAMIREZ told MARTINEZ-TEJEDA that he had a contact for a truck driver who could transport drugs for MARTINEZ-TEJEDA ("let me see because he's a trucker"). I believe, based on my training and experience and investigation in this case that the word "arriba" is a code word for cocaine. I believe that MARTINEZ-TEJEDA told RAMIREZ that he was getting cocaine from a source of supply ("There's people there getting us a couple of the "arriba" stuff.") I believe that MARTINEZ-TEJEDA told RAMIREZ that he didn't have a way to transport his drugs ("I don't have how to bring my stuff up."). I also believe that MARTINEZ-TEJEDA was referring to the seizure of nine kilograms of heroin in Vinita, Oklahoma from the vehicle driven by ROUGEAU and SOLIS when he told RAMIREZ "[a]nd the incident happened in Oklahoma."

54.     In a subsequent call, at approximately 1:58 p.m., MARTINEZ-TEJEDA told RAMIREZ: "I will get 5 for you right away."  Based on intercepted calls and the investigation in this case, I believe that MARTINEZ-TEJEDA told RAMIREZ that he would get five kilograms of heroin for him ("I will get 5 for you right away.").  Later in that same call, RAMIREZ told MARTINEZ-TEJEDA that he would "get 20 of those (blond)."  MARTINEZ-TEJEDA replied that he would "buy 10 of that" from RAMIREZ.  I believe that RAMIREZ told MARTINEZ-TEJEDA that he was expecting 20 kilograms of heroin to arrive shortly.  I believe that MARTINEZ-TEJEDA told RAMIREZ that he would buy 10 of the kilograms from him.  ("buy 10 of that").

55.     Several days later, on June 13, 2015, at approximately 11:06 p.m., MARTINEZ-TEJEDA placed a call to RAMIREZ and asked:  "Do you already have the 'white China' already?"  When RAMIREZ did not respond, MARTINEZ-TEJEDA stated:  "Give the 'white china,' you have it on hand."  RAMIREZ responded:  "Stop talking nonsense, stop talking nonsense.  You know I'm going to call you right away."  MARTINEZ-TEJEDA then asked: "Did you sell it and left me out?"  RAMIREZ stated:  "What do you mean?  Listen, I don't eat alone.  I won't leave my brother out.  And once that happens, I will call you and I won't eat alone like you do."  MARTINEZ-TEJEDA then reported that "30 to 40 showed up, a lot came in," but, he stated, "I didn't take any because you know that I'm waiting for mine."  RAMIREZ asked:  "Yeah?  And how much did you get from that?"  MARTINEZ-TEJEDA responded: "No, dude, I didn't want to get on that because mine is one step away/to be resolved." MARTINEZ-TEJEDA and RAMIREZ continued to discuss the "load" that recently arrived and its quality, and MARTINEZ-TEJEDA stated:  "So you know, there is a lot, but let's see because you know that it always comes in for a few people like that."  At that point in the

conversation, CARMENATTY stated – in the background – "Tell him is not the same one, this one has a unique flavor."   Based on the investigation, I believe that MARTINEZ-TEJEDA called RAMIREZ and asked him if he had already received a load of narcotics ("Do you have the 'white China' already?").  I believe that the term "white China" is code for fentanyl, which has a white, rather than tan, color.  I believe RAMIREZ told MARTINEZ-TEJEDA that he had not yet received the load of narcotics and would contact him when he received it ("once that happens I will call you.").  I also believe that CARMENATTY indicated that she had inspected the load that had arrived and that it was not of the same quality as the delivery expected shortly by RAMIREZ ("Tell him is not the same one, this one has a unique flavor.").

### MARTINEZ-TEJEDA's Wife, CARMENATTY, Discussed Delivery of Drugs

56.    On June 29, 2015, MARTINEZ-TEJEDA talked to an unidentified male with a Puerto Rican accent about a shipment by mail that the UM was sending.  When MARTINEZ-TEJEDA received another telephone call, his wife CARMENATTY, a/k/a JOELY, took over the conversation and discussed when the shipment would arrive and gave the man instructions on how to send her the information for payment so she could wire funds.  Agents believe that the UM told MARTINEZ-TEJEDA and CARMENATTY, that he had sent drugs ("documents") that day and they discussed arrangements by which MARTINEZ-TEJEDA could pay the UM for the drugs thereafter.

### MARTINEZ-TEJEDA and RIGO Discuss Obtaining Narcotics

54.    On July 1, 2015, MARTINEZ-TEJEDA and his associate RIGO discussed the quality of narcotics available for purchase by the MARTINEZ-TEJEDA DTO:

RICKY: What did you do?

RIGO: I saw the things; and I'm waiting on the deal.

RICKY: It was the same one (kind of stuff)

RIGO: Yes; it's the same stuff, the one you like it; it has a white color and it's kind of oily....

[Voices overlap]

RIGO: ....it is good

RICKY: Send me a photo to see it.

* * *

RICKY: But grab them all, send me all of them with you.

RIGO: But there are like 30 something like that; the guy told me. And to take them up; I told the guy "Go ahead, because I'm not going to be waiting more in there." I told him.

RICKY: Of course, but grab them all.

RIGO: Yes, yes, yes, I'm just waiting to be notified. That's all.

RICKY: Okay. If you are sure it's the same (product) you can grab them all with eyes closed.

RIGO: Yes, it's the same, who knows how is the potency of that shit; but it has to be good to have that smell and it's kind of oily.

RICKY: That's the same one, if it's that one I can take it for sure.

Based on the investigation to date, their training and experience, agents believe that MARTINEZ-TEJEDA  was discussing with RIGO, an known source of supply for MARTINEZ-TEJEDA who brokers deal with Mexican drug distributors, obtaining narcotics ("who knows how is the potency of that shit"), possibly heroin or fentanyl.  Agents believe that RIGO told MARTINEZ-TEJEDA that there were thirty kilograms available ("there are like 30 something").

MARTINEZ-TEJEDA told RIGO that it seems like the drugs are similar to ones MARTINEZ-

TEJEDA has received before based on its smell, color and an oily quality; if so, MARTINEZ-TEJEDA wants to buy all that RIGO can get ("If you are sure it's the same  you can grab them all with eyes closed").

*MARTINEZ-TEJEDA Attempted to Deliver $300,000 to a Courier*

55.    In the afternoon and evening of July 11, 2015, calls intercepted on Target Telephone #4, MARTINEZ-TEJEDA's telephone, indicated that MARTINEZ-TEJEDA was gathering cash to deliver it to a courier for a source of supply, believed to be in Mexico. MARTINEZ-TEJEDA referred to "300."  Based on the investigation to date, their training and experience, the agents believe that MARTINEZ-TEJEDA was preparing to make a cash payment of $300,000.00 to an individual who would transport the money back to the source of supply, either directly or by a means set up to conceal the source of the money and thereby launder it.

56.    Agents sought, and received, a federal search warrant for MARTINEZ-TEJEDA's residence on July 12, 2015.

*Agents Executed a Search Warrant for MARTINEZ-TEJEDA's Residence and Found Approximately $300,000-500,000 in Cash, Drug Processing Material (Cut) and Two Guns*

57.    MARTINEZ-TEJEDA's residence was heavily fortified in a manner that made it very difficult for the agents to gain access.  No one could get in unless the occupants wanted to give them access or unless significant force was used.  In addition, there were surveillance cameras that appeared to allow the occupants to monitor what was going on outside.  When agents attempted to execute the search warrant, they were initially unable to make entry through the front door.  Two males fled out the back door, however, providing an entry point. One of the fleeing males was subdued by a police dog and I believe, based on intercepted telephone calls,  that he was one of two individuals that MARTINEZ-TEJEDA recruited to

help him count the money for the courier.  He has been identified as Saul M. Torres.  After he was captured, he was taken to a nearby hospital for treatment of wounds caused by the police dog.

58.    The second male who fled out the back door has been identified as Michael Bate, a/k/a "the Englishman."  This is how MARTINEZ-TEJEDA referred to him during intercepted telephone calls when he told his associates to come help count the money that the Englishman would take.

59.    Once inside, agents saw a large quantity of cash on a dining table along with a money counting machine.  Much of the money was neatly stacked and vacuum sealed in plastic.  There were also a number of cell phones on the dining table, as well as a laptop computer and a gray suitcase that I believe Michael Bate brought to transport the cash.  In the living room, there was an additional quantity of cash, estimated at approximately $400,000.00. A smaller amount of cash was also found in the kitchen along with a vacuum sealing machine. In a rear vestibule agents found packing tape and cutting agents as well as a grinder.  Based on my training and experience, these items are used in processing and packaging narcotics. Upstairs, in a bedroom, two firearms were located as well as a bag of material of unknown composition.  It was not heroin, according to the results of a field test, but it may be another narcotic or a substance used to cut, or dilute, narcotics.

60.    MARTINEZ-TEJEDA, CARMENATTY, a male identified as Gilberto Alicea, whom I believe was one of money counters ("Money Counter #2), and two females were located inside the house on the third floor.  One of the females may be CARMENATTY's sister.

61.   In the basement, a large hole in the floor was found, which appeared to be used to secrete objects.  It was empty at the time of the search.  Around the basement were numerous scales, documents, ledgers, face masks, grinders, a large hydraulic press, typically used to compact drugs, and other items which agents recognized as equipment used to process and package narcotics.

62.   Based upon the intercepted calls before the search warrant was executed, the observations of the agents upon entry, and my experience and training, I believe that the two men identified as Saul M. Torres and Gilberto Alicea, as well as Michael Bate (a/k/a "the Englishman"), could not have gained access to the interior of MARTINEZ-TEJEDA's residence unless invited, and in my experience persons involved in drug trafficking do not allow persons that are uninvolved in their operation to be present when activities such counting large amounts of cash are taking place.  I believe, therefore, that these individuals were actively participating in, or aiding and abetting, the drug trafficking organization.

## CONCLUSION

WHEREFORE, based on my training and experience in this investigation, I submit that there is probable cause to believe that, between in or about at least July 2014 and in or about July 12, 2015, MARTINEZ-TEJEDA, CARMENATTY, ROUGEAU and SOLIS, BATE, TORRES, ALICEA conspired to possess with intent to distribute and to distribute heroin, in violation of 21 U.S.C. § 846.  I also submit that there is probable cause to believe that

_____
Garth J. Hamelin
Special Agent/DEA

Subscribed and sworn to before me,
this 13th day of July, 2015.

HONORABLE DAVID H. HENNESSY
United States Magistrate Judge
District of Massachusetts