JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     Category No. **II**     Investigating Agency **DEA**

**City** Lawrence     **Related Case Information:**

**County** Essex     Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  15-mj-4221, 4235, 4236, others
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jerri Martinez-Tejeda     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: "Ricky"; "La Diabla"; Juan Rivera-Santiago; Manuel Jesus Gonzalez-Osorio; Luis Diaz-Torres, Jose Rojas

Address: (City & State) 6 Pere Marquette Street, Lawrence, Massachusetts

Birth date (Yr only): 1984    SSN (last4#): ___    Sex M    Race: ___    Nationality: ___

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Thomas E. Kanwit    Bar Number if applicable 547251

Interpreter: ☑ Yes ☐ No    List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: 07/12/2015

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☑ Complaint ☐ Information ☐ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 7/13/15     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jerri Martinez-Tejeda

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013