≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**　　　　**Category No.** II　　　　**Investigating Agency** DEA

**City** Lawrence　　　　**Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____　　Case No. _____
Same Defendant _____　　New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   15-mj-4221, 4236, others
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Saul Torres　　　　Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name   N/A

Address   (City & State)  Lawrence, Massachusetts

Birth date (Yr only): 1982   SSN (last4#): ____   Sex M   Race: Hispanic   Nationality: Dominican

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Thomas E. Kanwit   Bar Number if applicable   547251

Interpreter:  ☑ Yes  ☐ No   List language and/or dialect:   Spanish

Victims:  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

Arrest Date   07/12/2015

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  7/13/15　　Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Saul Torres

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013