AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | APPEARANCE |
|---|---|
| V. | |
| Jerri Martinez-Tejeda | Case Number: |

To the Clerk of this court and all parties of record:

Enter my **limited** appearance as counsel in this case for Jerri Martinez-Tejeda for probable cause/detention only at this time.

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [x] Retained
- [ ] Pro Bono

Date: 7.13.15

Signature: [signed]

Print Name: Bruce Linsai    Bar Number: 637413

Address: 240 Commercial St, Suite 3A

City: Boston    State: MA    Zip Code: 02109

Phone Number: 617 371.0800 / Fax Number: 617 371.0804