UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.  ) <br> ) <br> JERRI MARTINEZ-TEJEDA, ) <br> YOELLY CARMENATTY, ) <br> GILBERTO ALICEA, ) <br> SAUL TORRES, ) <br> MICHAEL BATE, ) <br> JOEL ROUGEAU, and ) <br> LILY SOLIS, ) <br> ) <br> Defendants. ) | No. 15-mj-4238 DHH |

## MOTION TO AMEND GROUNDS OF DETENTION MOTION

The United States of America respectfully moves to amend its oral detention motion, made in open court on July 13, 2015. At that time, the government moved for detention on the grounds of risk of flight and possible obstruction of justice or interference with witnesses and evidence, under 18 U.S.C. § 3241((f)(2)(A) & (B).

The government now seeks to detain defendants on the additional ground of danger to the community, pursuant to 18 U.S.C. § 3142(f)(1). In particular, the maximum penalty for the offense charged is life, and the charge carries a maximum term of imprisonment of ten years or more if the defendants are held responsible for more than one kilogram of heroin. *See* 18 U.S.C. § 3142(f)(1)(B) & (C). This is likely given that over ten kilograms of heroin were seized in connection with the investigation.[1]

Moreover, the presumption for detention applies under 18 U.S.C. § 3142(e)(3)(A), as the charge involves a drug crime with a maximum term of imprisonment of ten years or more.

---

[1] The government also believes that the temporary detention provisions of 18 U.S.C. § 3142(d) apply to all defendants.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Thomas E. Kanwit
THOMAS E. KANWIT
Assistant U.S. Attorney

Dated: July 16, 2015


Counsel certifies that this document was filed using the CM/ECF electronic document filing system of the District of Massachusetts on this date and that it is counsel's understanding that it will be served on counsel for defendant via that system. Counsel further certifies that he has consulted with counsel for defendant in an attempt to resolve the issue(s) presented herein.

/s/ Thomas E. Kanwit
THOMAS E. KANWIT