# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-MJ-4238-DHH |
| JERRI MARTINEZ-TEJEDA ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7.17.15

*Defendant's signature*

*Signature of defendant's attorney*

Bruce Linson  637413
*Printed name and bar number of defendant's attorney*

270 Commercial St #3A
*Address of defendant's attorney*

brucelinson@earthlink.net
*E-mail address of defendant's attorney*

617 371.0900
*Telephone number of defendant's attorney*

617 371.0904
*FAX number of defendant's attorney*