UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
15-4238-DHH

UNITED STATES OF AMERICA

v.

JERRI MARTINEZ-TEJADA,
GILBERTO ALICEA, and
MICHAEL BATE

**MEMORANDUM AND ORDER OF DETENTION**

July 20, 2015

Hennessy, M.J.

Defendants Jerri Martinez-Tejada, Gilberto Alicea and Michael Bate are charged in a criminal complaint with others with Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846. An initial appearance was held on July 13, 2015, the day after Defendants were arrested. At the initial appearance, the court appointed counsel for Defendants Alicea and Bate, and retained counsel appeared for Defendant Martinez-Tejada. The United States moved that Defendant be detained, pursuant to the Bail Reform Act. The matter was continued to July 17, 2015 for a preliminary hearing and possible detention hearing.

On July 17, 2015, Gonzalez-Arias, through his counsel, consented to the entry of an order of detention, without prejudice to seek release on conditions at a later date, and moved to continue the preliminary hearing.

Thereafter, a preliminary hearing was held as to the Defendants Alicea and Bate. Based on the evidence presented, this court finds probable cause to support each Defendants' commission of the crime alleged in the criminal complaint.

Further, both Defendants Alicea and Bate, through their respective counsel, consented to an order of detention, without prejudice to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendants Martinez-Tejada, Alicea and Bate be DETAINED pending trial, and it is further ORDERED --

(1)     That Defendants be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendants be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendants are detained and confined deliver such Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to any of Defendants Martinez-Tejada, Alicea and Bate filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

 / s / David H. Hennessy  
David H. Hennessy  
United States Magistrate Judge