≉AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

YOELLY CARMENATTY

**EXHIBIT AND WITNESS LIST**

Case Number: 15-MJ-4238

| PRESIDING JUDGE David H. Hennessy, USMJ | PLAINTIFF'S ATTORNEY Kanwit | DEFENDANT'S ATTORNEY Buso |
|---|---|---|
| TRIAL DATE (S) 7/29/2015 | COURT REPORTER 2:30 | COURTROOM DEPUTY Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 7/29/15 | | | Mark Donahue |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| | | | | | |
| 2 | | 7/29/15 | X | X | Affidavit in support of criminal complaint 15-mj-4238 |
| | 3 | 7/29/15 | X | X | Packet from Defendant, 2 passports, 1 green card, 4 paystubs and a marriage certificate |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages