UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                              Criminal Indictment
                                                    No. 15-10224-PBS
JERRI MARTINEZ-TEJEDA


                       JERRI MARTINEZ-TEJEDA'S
                       MOTION TO CONTINUE ARRAIGNMENT

    NOW COMES the defendant, Jerri Martinez-Tejeda, and respectfully moves this Honorable Court to continue his arraignment in the instant action, currently scheduled for Friday, August 14, 2015 at 10:00 a.m., to a date next week convenient to the Court.  Assistant United States Attorney Thomas Kanwit does not oppose this request.

    In support hereof, the defendant states that there is an issue of identification which he seeks to preserve relative to one of his co-defendants, Lily Solis, who is also scheduled for arraignment on Friday, August 14, 2015 at 10:00 a.m..  On information and belief, co-defendant Solis may not be able to visually identify the defendant.  Accordingly, the defendant seeks to avoid any in person visual contact between the two whether in court or through the transportation or custodial process.

                                                    Respectfully submitted,
                                                    Jerri Martinez-Tejeda
                                                    By his attorney,

                                                    /s/  *Bruce Linson*
                                                    Bruce Linson, Esq.
                                                    BBO No.  637413
                                                    240 Commercial Street, Ste 3A
                                                    Boston, Massachusetts  02109
                                                    Telephone:  (617) 371-0900
                                                    Facsimile:  (617) 391-0904
DATED:  August 13, 2015.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been filed through the CM/ECF system, and will be sent electronically to the individuals named on the Notice of Electronic Filing generated in connection herewith.

/s/ *Bruce Linson*